United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 1, 2003**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

———————

m 02-20235

———————

CAPTAIN SHERIFF SAUDI,

Plaintiff-Appellant,

VERSUS

S/T MARINE ATLANTIC, ETC., ET AL.,

Defendants,

MARINE TRANSPORT LINES, INC.,
OWNER/MANAGER OF THE VESSEL "MARINE ATLANTIC";

MARINE TRANSPORT CORPORATION,
OWNER/MANAGER OF THE VESSEL "MARINE ATLANTIC,"

Defendants-Appellees.

＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊

ɱ 02-20563

CAPTAIN SHERIFF SAUDI,

Plaintiff-Appellant,

VERSUS

S/T MARINE ATLANTIC, ETC., ET AL.,

Defendants,

MARINE ATLANTIC LTD.; ACOMARIT SERVICES MARITIME, S.A.;
OSPREY ACOMERIT SHIP MANAGEMENT, INC.;
KOCH SHIPPING, INC.; KOCH SUPPLY AND TRADING COMPANY,

Defendants-Appellees.

Appeals from the United States District Court
for the Southern District of Texas
ɱ H-99-CV-2367

Before SMITH, BARKSDALE, and CLEMENT,       AFFIRMED.  *See* 5TH CIR. R. 47.6.
   Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has deter-
mined that this opinion should not be published and is
not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

2